DOROTHY M. FAISON, Appellant, v TONYA LEWIS et al., Respondents.

Submitted January 27, 2014; decided April 8, 2014

Motion, insofar as it seeks leave to appeal against defendant Bank of America, N.A., granted; motion for leave to appeal otherwise dismissed upon the ground that the remainder of the

Appellate Division order sought to be appealed from does not finally determine the action within the meaning of the Constitution.